**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __See attached__

Address of Defendant: __See attached__

Place of Accident, Incident or Transaction: __Plaintiff alleges asbestos exposure in Virginia & North Carolina__

---

*RELATED CASE IF ANY:*

Case Number:_____ Judge:_____ Date Terminated_____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any now pending or within one year previously terminated action in this court except as note above.

DATE: 4/2/2026       *Alexandra B. Cunningham*       334728

*Attorney-at-Law (Must sign above)*       *Attorney I.D. # (if applicable)*

---

**Civil (Place a √ in one category only)**

*A. Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☑ 15. All Other Federal Question Cases. *(Please specify)*:__Federal Officer/Government Contractor__

*B. Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)*:_____
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*_____
_____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, __Alexandra B. Cunningham__, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: __4/2/2026__       *Alexandra B. Cunningham*       334728

*Attorney-at-Law (Sign here if applicable)*       *Attorney ID # (if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIO R. WILLIAMS,** | **Civil Action No: 2:26-cv-02179** |
| **Plaintiff,** | |
| | **Transferor Court:** |
| **v.** | **Court of Common Pleas** |
| | **Philadelphia County** |
| **AIR & LIQUID SYSTEMS** | |
| **CORPORATION, et al.,** | **Case ID: 260300273** |
| | |
| **Defendants.** | |

## Attachment to Designation Form (Civ. 609)

**Address of Plaintiff:**

ANTONIO R WILLIAMS
401 Davis Ave.
Elizabeth City, NC 27909

**Address for Plaintiff's Counsel:**

WEITZ & LUXENBERG
Edward M. Costello III
Atty Id: 335450
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
(856)755-1115

**Addresses for Defendants / Defendant's Counsel:**

AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, INC.
5235 North Front Street
Harrisburg, PA 17110


CATERPILLAR, INC.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

FMC CORPORATION, Individually and Successor to LINKBELT
      306 West Main Street
      Suite 512
      Frankfort, KY 40601
          and
KELLEY JASONS MCGOWAN SPINELLI
W. Matthew Reber
      1818 Market St., Suite 3205
      Philadelphia, PA 19103
      (215) 854-0658
      mreber@kjmsh.com


GENERAL ELECTRIC COMPANY
      Electric Insurance Company
      75 Sam Fonzo Drive
      Beverly, MA 01915
          and
EASTBURN AND GRAY, P.C.
John P. McShea
      60 East Court Street
      Doylestown, PA 18901
      (213) 345-7000


GOULDS PUMPS LLC
      CT Corporation System
      28 Liberty St, 42nd Fl
      New York, NY 10005
          and
MORGAN, LEWIS & BOCKIUS LLP
Brady S. Edwards
Hilary C. Rankin
      One Oxford Center, 32nd Floor
      Pittsburgh, PA 15219
      (412) 560-7471
      hillary.rankin@morganlewis.com


HUNTINGTON INGALLS INDUSTRIES
      4101 Washington Avenue
      Newport News, VA 23607
          and
HUNTON ANDREWS KURTH LLP
Alexandra B. Cunningham

951 E. Byrd Street
Richmond, VA 23219
IMO INDUSTRIES, LLC.
28 Liberty Street
28th Floor
New York, NY 10005
and
LEADER BERKON COLAO SILVERSTEIN LLP
Joseph Ira Fontak
1515 Market St., Suite 1200
Philadelphia, PA 19102
(215)755-0455
jfontak@leaderberkon.com

ITT LLC., Individually and as successor to BELL & GOSSETT and as successor to KENNEDY VALVE MANUFACTURING CO., Inc.
CT Corporation
28 Liberty Street
New York, NY 10005
and
MORGAN, LEWIS & BOCKIUS LLP
Brady S. Edwards
Hilary C. Rankin
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219
(412) 560-7471
hillary.rankin@morganlewis.com

PARAMOUNT GLOBAL, f/k/a VIACOMCBS Inc., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a/ VIACOM INC., successor by merger to CBS CORPORATION, a PENNSYLVANIA CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219
and
EASTBURN AND GRAY, P.C.
John P. McShea
60 East Court Street
Doylestown, PA 18901
(213) 345-7000

REDCO CORPORATION f/k/a CRANE CO.
> The Corporation Trust Company
> 1209 Orange Street
> Wilmington, DE 19801
> > or

Redco Corporation
> 1000 N. West Street, Suite 1200
> Wilmington, Delaware 19801


SCHNEIDER ELECTRIC USA, INC. formerly known as SQUARE D COMPANY
> Corporation Service Company
> 801 Adlai Stevenson Dr
> Springfield, IL 62703
> > and

KELLEY JASONS MCGOWAN SPINELLI
W. Matthew Reber
> 1818 Market St., Suite 3205
> Philadelphia, PA 19103
> (215) 854-0658
> mreber@kjmsh.com


WARREN PUMPS, LLC
> CT Corporation
> 1209 Orange Street
> Wilmington, DE 19801
> > and

Joshua D. Scheets
MARSHALL DENNEHEY, P.C.
> 2000 Market Street, 23rd Floor
> Philadelphia, PA 19104
> (215)575-2751
> jdscheets@mdwcg.com